<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2529**

———————

TIMOTHY SCOTT,

                              Plaintiff - Appellant,

     versus

UNITED PARCEL SERVICE, INCORPORATED; TEAMSTERS
LOCAL NO. 391,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge.  (CA-99-631-5-BR)

———————

Submitted:  February 22, 2001    Decided:  February 27, 2001

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy Scott, Appellant Pro Se.  Meredith West Holler, ALSTON & BIRD, L.L.P.., Charlotte, North Carolina; Jeffrey M. Sullivan, ALSTON & BIRD, Raleigh, North Carolina; John David James, SMITH, JAMES, ROWLETT & COHEN, Greensboro, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Scott appeals the district court's orders dismissing his civil action alleging employment discrimination and denying his motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Scott v. United Parcel Servs., Inc., No. CA-99-631-5-BR (E.D.N.C. Jan. 3, Sept. 26, & Nov. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2